

1 Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2 145 Town Center, PMB 493
   Corte Madera, California 94925
3 (415) 924-0742
   (415) 891-8208 (Fax)
4 irvberg@comcast.net (e-mail)

5

6 ATTORNEYS FOR PLAINTIFF
   AND PUTATIVE CLASS

7

8

9                UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11 RONALDO SUELLEN, on behalf of himself      Case No.:
   and all others similarly situtated,

12                                            **CLASS ACTION COMPLAINT FOR**
                  Plaintiff,                  **DAMAGES FOR VIOLATION OF**
13                                            **CONSUMER DEBT COLLECTION LAWS**
   v.

14 CREDITORS SPECIALTY SERVICE, INC.,         **DEMAND FOR JURY TRIAL**

15 _____Defendant._____/               15 United States Code § 1692 *et seq.*
                                                California Civil Code § 1788 *et seq.*
16

17

18                         I. **INTRODUCTION**

19      1.      This is an action for damages, attorney fees and costs brought by an individual

20 consumer on behalf of himself and all others similarly situated for Defendant's violations of the

21 Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA"), and the Rosenthal Fair

22 Debt Collection Practices Act, California Civil Code § 1788 *et seq.* ("RFDCPA"). These statutes

23 set standards for debt collectors to prevent abusive, deceptive and unfair collection practices.

24                         II. **JURISDICTION**

25      2.      Jurisdiction in this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337,

26 and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

27 Declaratory relief is available pursuant to 28 U.S.C. § § 2201 and 2202.

28      3.      This action arises out of Defendants' violations of the Fair Debt Collection

COMPLAINT/se                    RONALDO SUELLEN v. CREDITORS SPECIALTY
                              1   SERVICE INC.

1 Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the California Fair Debt Collection

2 Practices Act ("CA FDCPA"), Civ. Code § 1788 *et seq.*

### III. VENUE

4.     Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the Defendants transact business in this judicial district and the violations of law complained of occurred in this judicial district.

### IV. INTRADISTRICT ASSIGNMENT

5.     This lawsuit should be assigned to the San Francisco Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in San Francisco County.

### V. PARTIES

6.     Plaintiff is a resident of San Francisco County, California and a high school physical education teacher. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civ. Code § 1788.2(h).

7.     The principal business purpose of Defendant is the collection of debts using the mail and telephone. Defendant is a debt collector within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civ. Code § 1788.2(c). Defendant's business is located at 32023 Crown Valley Road, Acton, CA 93510.

8.     Defendant's agent for service of process is Neal Evans who is located at 2626 Townsgate, Suite 330, Westlake Village, CA 91361.

### VI. FACTUAL ALLEGATIONS

9.     Defendant communicated with Plaintiff by a collection letter dated March 22, 2012 (Exhibit A). The letter sought payment of an alleged debt in the sum of $253.23 on behalf of Pacific Oaks Apartment (Account number 141401-1) (the "Account").

10.     Plaintiff's alleged debt arose from transactions for personal, family and household

1  purposes.

2      11.    Defendant's collection letter threatened legal action against Plaintiff, i.e. it stated

3  *inter alia*: "Notice of Intent to File Suit (Exhibit A).

4      12.    Defendant rarely, if ever, takes legal action against debtors, particularly when a

5  small claim such as $253.23 is alleged to be due.

6      13.    Defendant sent the letter to coerce payment of the alleged debt.

7      14.    As of the date of the filing of this Complaint, Defendant has not taken any legal

8  actions against Plaintiff.

9      15.    The letter Exhibit A was sent willingly and knowingly.

10     16.    The collection letter (Exhibit A) is a form letter sent to over 100 California

11 consumers.

12     17.    WHEREFORE, Plaintiff prays for damages for himself and the class as follows:

13

14                          **VII.   CLAIM FOR RELIEF**
          **FIRST CAUSE OF ACTION - VIOLATION OF FAIR DEBT COLLECTION**
15                          **PRACTICES ACT ("FDCPA")**

16     18.    Plaintiff incorporates the foregoing paragraphs as though fully set forth hereto.

17     19.    Defendant violated the FDCPA based on the following:

18         a.    Defendant violated § 1692e of the FDCPA by using false, deceptive

19 and misleading representations in connection with the collection of a debt.

20         b.    Defendant violated 15 U.S.C. § 1692(a)(2)(A) by the false representation,

21 as to the character, amount and legal status of the debt.

22         c.    Defendant violated 15 U.S.C. § 1692e(5) of the FDCPA by threatening to

23 take legal action against Plaintiff even though Defendant has not and does not intend to take such

24 action.

25         d.    Defendant violated 15 U.S.C. § 1692e(10) of the FDCPA by using false

26 and deceptive means in an attempt to collect a debt.

27

28

COMPLAINT/se                                    RONALDO SUELLEN v. CREDITORS SPECIALTY
                          3    SERVICE INC.

1

2

## SECOND CAUSE OF ACTION - VIOLATION OF THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

3        20.     Plaintiff brings the second claim for relief against Defendant under the Rosenthal

4   Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code § 1788 *et seq.*

5        21.     Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs

6   as though fully set forth herein and incorporates the alleged violations of the FDCPA pursuant to

7   Cal. Civ. Code § 1788.17.

8        22.     Defendant has violated the RFDCPA.  The violations include, but are not limited

9   to the foregoing violations of the FDCPA:

10        a.     Defendant violated § 1788.13(j) of the RFDCPA by threatening to take

11   legal action against Plaintiff even though Defendant has not and does not intend to take such

12   action.

13        b.     Defendant violated § 1788.17 of the RFDCPA by continuously failing to

14   comply with the aforesaid provisions of the FDCPA.   Plaintiff incorporates the foregoing

15   paragraphs as though fully set forth hereto.

16                      ## VIII.  CLASS ALLEGATIONS

17        23.     This action is brought as a class action.  Plaintiff defines the class as (i) all

18   persons with addresses within the state of California (ii) who were sent a letter from Defendant

19   in the form of Exhibit A (iii) or similar to Exhibit A to recover a debt incurred for personal,

20   family, or household purposes (iv) which was not returned undelivered by the United States

21   Postal Service (v) during the period of time one year prior to the filing of this Complaint through

22   the date of class certification.

23        24.     The class is so numerous tht joinder of all members is impractical.

24        25.     There are questions of law and fact common to the class, which predominate over

25   any questions affecting only individual class members.

26        26.     There are no individual questions, other than whether a class member was sent a

27   letter in the form of Exhibit A or similar to Exhibit A, which can be determined by ministerial

28

COMPLAINT/se                                    RONALDO SUELLEN v. CREDITORS SPECIALTY
                                                SERVICE INC.
                          4

1   inspection of Defendant's records.

2       27.    Plaintiff will fairly and adequately protect the interests of the class.

3       28.    Plaintiff has retained counsel experienced in handling class claims and claims

4   involving unlawful collection practices.

5       29.    The questions of law and fact common to the class predominate over any issues

6   involving only individual class members.  The principal issue is whether Defendant's letter in the

7   form of Exhibit A or similar to Exhibit A violates the FDCPA and RFDCPA by threatening to

8   take legal action with no intention to bring a legal action and misrepresentation of the status of

9   the debt.

10      30.    Plaintiff's claims are typical of the claims of the class, which all arise from the

11  same operative acts and are based on the same legal theories.

12      31.    A class action is a superior method for the fair and efficient adjudication of this

13  controversy.  Class-wide damages are essential to induce Defendants to comply with federal and

14  state law.  The interest of class members in individually controlling the prosecution of separate

15  claims against Defendant is small because the maximum statutory damages in an individual

16  FDCPA or RFDCPA.  Management of these class claims are likely to present significantly fewer

17  difficulties than those presented in many class actions, e.g., for securities fraud.

18      32.    As a result of Defendant's violations of the FDCPA and RFDCPA, Plaintiff and

19  the class are entitled to an award of statutory damages, costs and reasonable attorney's fees.

20  ## IX.  REQUEST FOR RELIEF

21      WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

22      A.    That an order be entered certifying the proposed class under Rule 23 of

23  the Federal Rules of Civil Procedure and appointing Plaintiff and his counsel to represent the

24  class;

25      B.    That judgment in favor of the class be entered against Defendant for the

26  maximum statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A) and (B);

27      C.    That judgement be entered as to the individual Plaintiff for the maximum

28

1 | monetary damages under state and federal law;

2 |     D.    That the Court award costs and reasonable attorney's fees, pursuant to 15 U.S.C. §

3 | 1692k(a)(2)(B)(3) and state law;

4 |     E.    That the Court grant such other and further relief as may be just and proper.

5

6 | Dated: 8-15.2012

7 |                   Irving L. Berg

8

9 | **VIII.  JURY DEMAND**

10 |     Plaintiff hereby demands that this case be tried before a jury.

11

12 | Dated: 8.15.2012

13 |                   Irving L. Berg

THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA 94925
(415) 924-0742
(415) 891-8208 (Fax)
ATTORNEY FOR PLAINTIFF

# CREDITORS SPECIALTY SERVICE INC.

P O BOX 764
ACTON, CA 93510
800-277-8660   FAX 877-857-3469

March 22, 2012

RE:                              PACIFIC OAKS APARTMENT

ACCOUNT NO:                            141401-1

| | |
|---|---|
| PRINCIPAL AMOUNT: | $181.08 |
| INTEREST: | $67.15 |
| MISC FEES: | $5.00 |
| CURRENT BALANCE: | $253.23 |

Dear Ronald Suelen,

## ****NOTICE OF INTENT TO FILE SUIT****

In accordance with Section 1033 of the Code of Civil Procedure of the State of California, as amended, you are hereby notified that Creditor's Specialty Service, Inc. intends to refer your account to our attorney for the commencement of legal action in the courts to enforce payment. Be advised that should litigation be instituted against you, actual court costs, plus cost of service of summons and complaint may be included in the award of any judgment rendered in such legal action.

We suggest you contact this office or your attorney.

Sincerely,
Tim Fuller

Misc Fees may include attorney fees, court costs and/or other collection costs.

FOR YOUR CONVENIENCE THE FOLLOWING PAYMENT METHODS ARE AVAILABLE: CHECK BY PHONE,VISA, MASTERCARD, AMERICAN EXPRESS DISCOVER CARD, OR PAY ON OUR WEBSITE WWW.CREDITORSSPECIALTYSERVICE.COM

This is an attempt to collect a debt, and any information obtained will be used for that purpose. This communication is from a debt collector. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

---

PLEASE DETACH BOTTOM COUPON AND RETURN WITH PAYMENT                                                    15

P.O. Box 1901
Southgate, MI 48195-0901



PLAINTIFF'S
EXHIBIT
A

Date: March 22, 2012

TO PAY BY CREDIT CARD,
PLEASE COMPLETE
THIS SECTION

| CARD NUMBER | | CC-ID# | EXP. DATE | AMOUNT |
|---|---|---|---|---|
| CARD HOLDER NAME(please print) | | | SIGNATURE | |

RE: PACIFIC OAKS APARTMENT
ACCOUNT NO: 141401-1          CURRENT BALANCE $253.23
AMOUNT PAID $

CSC/141401-1/15       325002328954     0000084/0001

Ronald Suelen
PO Box 16332
San Francisco, CA 94116-0332



20819

CREDITORS SPECIALTY SERVICE INC.
P O BOX 764
ACTON, CA 93510