1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALDO SUELLEN, | Case No.: C 12-04476 DMR |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| CREDITORS SPECIALTY, | |
| Defendants.. | |

TO THE PARTIES PLEASE TAKE NOTICE:

Plaintiff dismisses the herein lawsuit without prejudice as to himself and the putative class pursuant to FRCP 41 (a)(1)(i).

Dated: September 25, 2012            /s/
                                     Irving L. Berg
                                     THE BERG LAW GROUP
                                     145 Town Center, PMB 493
                                     Corte Madera, California 94925
                                     (415) 924-0742
                                     (415) 891-8208 (Fax)

                                     ATTORNEY FOR PLAINTIFF

DISMISSAL WITHOUT PREJUDICE          RONALDO SUELLEN v. CREDITORS
                                     SPECIALTY
                                  1  CASE NO: C 12-04476 DMR